NATURAL RESOURCES DEFENSE
COUNCIL, INC.; The International
Fund for Animal Welfare; Cetacean
Society International; League for
Coastal Protection; Ocean Futures
Society; Jean–Michel Cousteau,
Plaintiffs–Appellees,

California Coastal Commission,
Intervenor–Appellee,

v.

Donald C. WINTER, Secretary of the
Navy; United States Department of
the Navy; Carlos M. Gutierrez, Secre-
tary of the Department of Commerce;
National Marine Fisheries Services;
William Hogarth, Assistant Adminis-
trator for Fisheries of the National
Oceanographic and Atmospheric Ad-
ministration; Conrad C. Lautenbach-
er, Jr., Administrator of the National
Oceanographic and Atmospheric Ad-
ministration, Defendants–Appellants.

No. 08–55054.

United States Court of Appeals,
Ninth Circuit.

March 25, 2009.

Ronald J. Tenpas (argued), Acting As-
sistant Attorney General; Kathryn E. Ko-
vacs, Michael R. Eitel, Luther L. Hajek,
and Allen M. Brabender, Appellate Sec-
tion, U.S. Department of Justice, Environ-
ment & Natural Resources Division,
Washington, DC; Craig D. Jensen and J.
Page Turney, Office of General Counsel,
Department of the Navy, for the federal
defendants-appellants.

Joel R. Reynolds, Andrew E. Wetzler,
Cara A. Horowitz, Natural Resources De-

da, sitting by designation.

fense Council, Inc., Santa Monica, California; Richard B. Kendall (argued), Gregory A. Fayer, and Josh B. Gordon, Irell and Manella LLP, Los Angeles, California, for the plaintiffs-appellees.

Edmund G. Brown, Jr., Thomas Greene, J. Matthew Rodriguez, Gordon Burns, Jamee Jordan Patterson (argued), Office of the Attorney General of California, for intervener-appellee California Coastal Commission.

Theodore G. Meeker, Attorney at Law, Honolulu, Hawaii, for amicus curiae Honolulu Council of the Navy League of the United States.

David K. Mears, Environmental and Natural Resources Law Clinic, Vermont Law School, South Royalton, Vermont, for amicus curiae Law Professors Hope Babcock, David Cassuto, Stephen Dycus, James R. May, Ann Powers, and Gerald Torres.

Central District, of California, Santa Ana, D.C. No. CV–07–00335–FMC.

Before: B. FLETCHER, D.W. NELSON, and STEPHEN REINHARDT, Circuit Judges.

## ORDER

We remand to the district court to comply with the United States Supreme Court's decision in *Winter v. Natural Resources Defense Council, Inc.,* —— U.S. ——, 129 S.Ct. 365, 172 L.Ed.2d 249 (2008).